IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN/DUBUQUE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> OSCAR MAJIA-SANTOS, a/k/a OSCAR MEJIA, <br><br> Defendant. | No. CR 08-1184 <br><br> **INFORMATION** <br><br> **Count 1**: 18 U.S.C. § 1546(a) |

The United States Attorney charges:

## COUNT 1

On a date after June 1, 2003, in the Northern District of Iowa, defendant **OSCAR MAJIA-SANTOS, a/k/a OSCAR MEJIA** did knowingly use a document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, that is, a resident alien card, knowing that the document had been falsely made or procured by fraud.

This was in violation of Title 18, United States Code, Section 1546(a).

MATT M. DUMMERMUTH
United States Attorney

By, s/Peter E. Deegan, Jr.
_____
PETER E. DEEGAN, JR.
Assistant United States Attorney