IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN/DUBUQUE DIVISION
*EN EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
PARA EL DISTRITO NORTE DE IOWA
DIVISIÓN DEL ESTE/DUBUQUE*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ESTADOS UNIDOS DE AMÉRICA,*<br><br>    Plaintiff,<br>    *Demandante,*<br><br>vs.<br>contra<br><br>OSCAR MAJIA-SANTOS, a/k/a OSCAR MEJIA,<br><br>    Defendant.<br>    *El Acusado.* | No. CR 08-1184<br>*No. de Registro*<br><br>**WAIVER OF INDICTMENT AND CONSENT TO BE PROSECUTED BY INFORMATION**<br><br>***RENUNCIA AL ACTA ACUSATORIO Y CONSENTIMIENTO A SER ENJUICIADO POR Denuncia*** |

    I have been advised that I have the right to insist that any felony charge brought against me in federal court first be presented to a United States Grand Jury, and that I cannot be prosecuted in this court on a felony charge unless the Grand Jury indicts me for it. I would like to waive that right, and agree to be prosecuted under the Information filed against me in this case by the United States Attorney.

    *Yo he sido asesorado de mí derecho de insistir de que cualquier delito grave del que se me acuse ante un tribunal federal, debe ser primero presentado ante Jurado Acusatorio de los Estados Unidos, y que yo no podré ser enjuiciado de delito grave a menos de que el Jurado Acusatorio me acuse formalmente por el. Yo deseo renunciar ese derecho, y acuerdo de que se me enjuicie bajo la Denuncia presentada en mí contra en este caso por el Fiscal Federal de los Estados Unidos.*

    I understand that a Grand Jury is a group of people composed of at least sixteen but not more than twenty-three citizens. Before a felony charge against me can go forward in this court, at least twelve members of the grand jury must find there is probable cause to believe I committed a crime, and then vote to return an Indictment against me charging me with that crime. I know I do not have to waive my right to be charged in Indictment, but I want to waive that right. I understand that if I waive this

right and agree to be charged by Information, the case will proceed against me based on the Information just as though I had been indicted.

*Yo entiendo que el Jurado Acusatorio es un grupo de por lo menos dieciseis, pero no más de veintitrés ciudadanos. Antes de que este tribunal me enjuicie, por lo menos doce miembros de este Jurado Acusatorio deberán encontrar motivo fundado de creencia de que he cometido un crimen, y después votar para presentar una Acusación Formal contra mi persona, acusándome de ese crimen. Yo entiendo que no es necesario renunciar mí derecho de ser Acusado Formalmente, pero deseo renunciar ese derecho. Yo entiendo de que si renuncio este derecho y acuerdo ser acusado por Denuncia, de que el caso ha de proceder tal como si hubiese sido acusado.*

I hereby waive my right to Indictment, and consent to be prosecuted based on the Information filed against me in this case by the United States Attorney.

*Yo por este medio renuncio mí derecho de ser Acusado Formalmente, y consiento el ser enjuiciado por el Fiscal Federal de los Estados Unidos, basado en la Denuncia presentada contra mí en este caso.*

_Oscar Mejia Santos_    05/19/08
**OSCAR MAJIA-SANTOS**    Date
Defendant
El Acusado    Fecha

_[signature]_    5-19-08
Attorney for Defendant    Date
Abogado del Acusado    Fecha