IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN/DUBUQUE DIVISION
*EN EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
PARA EL DISTRITO NORTE DE IOWA
DIVISIÓN DEL ESTE/DUBUQUE*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ESTADOS UNIDOS DE AMÉRICA,*<br><br>  Plaintiff,<br>  *Demandante,*<br><br>vs.<br>*contra*<br><br>OSCAR MAJIA-SANTOS, a/k/a OSCAR MEJIA,<br><br>  Defendant.<br>  *El Acusado.* | No. CR 08-1184<br>*No. de Registro*<br><br><br>**CONSENT TO PLEAD GUILTY BEFORE A MAGISTRATE JUDGE**<br>***CONSENTIMENTO PARA HACER ACUERDO DECLARATORIO ANTE UN TRIBUNAL DE PRIMERA INSTANCIA*** |

   I know I have the right to plead guilty before a United States District Court Judge. However, I would like to plead guilty before a United States Magistrate Judge, so I am signing this document. No one has forced or pressured me to sign this document.
   *Yo sé que tengo derecho de no hacer acuerdo declaratorio de culpabilidad ante el Juez de Distrito de los Estados Unidos, Sin embargo, deseo comparecer ante un Tribunal de Primera Instancia de Distrito de los Estados Unidos para hacer acuerdo declaración de culpabilidad, así que voy a firmar este documento. Nadie me ha forzado, ni presionado para que firme este documento.*

   By signing this document, I consent to plead guilty before a United States Magistrate Judge. After I plead guilty, the Magistrate Judge will recommend that my guilty plea be accepted, but the plea must be accepted by a United States District Court Judge before it is effective.
   *Al firmar este documento, yo consiento hacer acuerdo declaratorio de culpabilidad ante un Tribunal de Primera Instancia de los Estados Unidos. Después de declararme culpable, el Tribunal ha de recomendar que mí declaración de culpabilidad sea aceptada, pero la declaración debe ser aceptada por el Juez de Distrito de los Estados Unidos para que entre en vigor.*

If my guilty plea is accepted, a District Court Judge will preside over my sentencing hearing, and will decide whether to accept or reject any plea agreement. The District Court Judge also will pronounce my sentence.

*Si mí declaración de culpabilidad es aceptada, un Juez de Distrito de los Estados Unidos ha de presidir sobre la audiencia de la sentencia y ha de decidir si aceptar o rechazar cualquier acuerdo de declaración de culpabilidad. El Juez de Distrito también ha de pronunciar my sentencia.*

I also consent to allow the United States Probation Office to immediately begin to prepare a presentence investigation report about me.

*También he de consentir de que la Oficina de Permiso de Libertad Condicional de los Estados Unidos, empieze inmediatamente un informe de investigación previo a la sentencia referente a mí.*

_Oscar Mejia Santos_   05/19/08
**OSCAR MAJIA-SANTOS**       Date
Defendant
El Acusado                   Fecha

_[signature]_                5-19-08
Attorney for Defendant       Date
Abogado del Acusado          Fecha